UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ENGLUND,<br><br>    Petitioner,<br><br>v.<br><br>D.K. SISTO,<br><br>    Respondent. | No. CV 07-02535 CBM (HCx)<br><br>**ORDER GRANTING RESPONDENT'S REQUEST FOR A TEMPORARY STAY** |

On October 23, 2009, this Court[1] Granted Petitioner David Englund's Petition for a Writ of Habeas Corpus and Ordered that if Petitioner was presently incarcerated, the Board of Prison Terms was to release him from custody within ten days. [Docket No. 15.]

On October 27, 2009, Respondent D.K. Sisto filed a Notice of Appeal of this Court's October 23, 2009, Order. [Docket No. 17.] That same day, Respondent filed an Application for a Stay of the Court's October 23, 2009, Order

---

[1] The Honorable Consuelo B. Marshall of the Central District of California sitting by designation. [Docket No. 13.] Petitioner filed a petition for a writ for habeas corpus in the Eastern District of California on November 27, 2007. The petition was subsequently transferred to this Court on December 16, 2008. *Id.*

1

with a request for expedited ruling by October 29, 2009. [Docket No. 18.] The Court hereby **GRANTS** Respondent's Application for a stay. Accordingly, it is hereby **ORDERED** that this Court's October 23, 2009, Order shall be **temporarily stayed** to give Respondent an opportunity to seek a stay in the Ninth Circuit Court of Appeals. This stay shall be in effect pending the outcome of Respondent's Federal Rule of Appellate Procedure 8(a) Motion to Stay made to the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

DATED:   October 27, 2009

By _____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE