1
2
3
4
5
6
7
8
9               IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11  DAVID ENGLUND,

12          Petitioner,              No. 2:07-cv-2535 CBM (HC)[1]

13      vs.

14  D. K. SISTO,

15          Respondent.

16  _____/

17  DAVID ENGLUND,

18          Petitioner,              No. 2:08-cv-3126 JAM JFM (HC)

19      v.

20  D. K. SISTO, Warden,             <u>RELATED CASE ORDER</u>

21          Respondent.

22  _____/

23          Examination of the above-entitled actions reveals that the actions are related

24  within the meaning of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve the same parties,

25  ─────────────────
26      [1]  The Honorable Consuelo B. Marshall of the Central District of California sitting by
    designation.  [Docket No. 13.]

                                    1

1 | and are based on the same or similar claims, similar questions of fact and the same question of

2 | law.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial

3 | savings of judicial effort and is also likely to be convenient for the parties.

4 | The parties should be aware that relating the cases under Local Rule 123 merely

5 | has the result that the actions are assigned to the same judge and magistrate judge; no

6 | consolidation of the actions is effected.  Under the regular practice of this court, related cases are

7 | generally assigned to the judge to whom the first filed action was assigned.

8 | IT IS THEREFORE ORDERED that the action denominated 2:08-cv-3126 JAM

9 | JFM (HC) be, and the same hereby is, reassigned to Judge Consuelo B. Marshall for all further

10 | proceedings, and any dates currently set in this reassigned case only are hereby VACATED.

11 | Henceforth, the caption on documents filed in the reassigned case shall be shown as No. 2:08-cv-

12 | 3126 CBM (HC)

13 | IT IS FURTHER ORDERED that the Clerk of the Court make appropriate

14 | adjustment in the assignment of civil cases to compensate for this reassignment.

15 | DATED:  4/5/10

16 |

17 |

18 | CONSUELO B. MARSHALL
     | UNITED STATES DISTRICT JUDGE

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

2